# Notice Recipients

District/Off: 0971–3   User: admin   Date Created: 8/28/2023
Case: 23–03031   Form ID: SUM   Total: 2

**Recipients of Notice of Electronic Filing:**
aty   Alexander Golovets   a@golovets.com
aty   James J. Ficenec   James.Ficenec@ndlf.com

TOTAL: 2